AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**SOUTHERN DIVISION**

| | |
|---|---|
| GORDON HAGGOTT BECKHART, JR., and STELLA MARIE BECKHART, Appellants, <br><br> v. <br><br> NATIONWIDE TRUSTEE SERVICES, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. *Beneficiary under that Deed of Trust Recorded at Book 4532, Page 746, New Hanover County Register of Deeds*, and BAC LOANS SERVICING, L.P. *formerly known as Countrywide Home Loans Servicing, L.P. Successor-in-interest to Lumina Mortgage Company, Inc.*, Appellees. | **JUDGMENT IN A CIVIL CASE** <br><br> **CASE NO. 7:10-CV-137-D** |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that the court lacks jurisdiction to hear this appeal, and accordingly, the appeal is DISMISSED.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **MARCH 30, 2011** WITH A COPY TO:

George Mason Oliver (via CM/ECF Notice of Electronic Filing)
Angel R. Gordon (via CM/ECF Notice of Electronic Filing)
Mark A. Baker (via CM/ECF Notice of Electronic Filing)


<u>March 30, 2011</u>                              DENNIS P. IAVARONE, Clerk
Date                                            Eastern District of North Carolina

                                                                          <u>/s/ Debby Sawyer</u>
                                                                          (By) Deputy Clerk

Raleigh, North Carolina